**710**

178 So.2d 561

**In re O. Walls LAMBERTH.**

**5 Div. 809.**

Supreme Court of Alabama.

Aug. 5, 1965.

O. Walls Lamberth, pro se.

Lawrence K. Andrews, Union Springs, for Board of Commissioners.

SIMPSON, Justice.

Affirmed.

All the Justices concur, except HARWOOD, J., not sitting.

180 So.2d 282

**William F. LAMI**

v.

**STATE of Alabama.**

**I Div. 318.**

Supreme Court of Alabama.

Nov. 18, 1965.

Collins, Galloway & Murphy, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of William F. Lami for certiorari to the Court of Appeals to review and revise the judgment and decision in Lami v. State, 180 So.2d 279 (1 Div. 4).

Writ denied.

LIVINGSTON, C. J., and GOODWYN, MERRILL and HARWOOD, JJ., concur.

176 So.2d 57

**William McCURDY**

v.

**STATE.**

**5 Div. 816.**

Supreme Court of Alabama.

May 20, 1965.

Rehearing Denied June 17, 1965.

Richmond M. Flowers, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for petitioner.

Walker & Hill, Opelika, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in McCurdy v. State, 176 So.2d 53.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.